department, entered May 11, 1923, which affirmed a decree of the Kings County Surrogate's Court construing the will of Oran S. Baldwin, deceased, and directing distribution of a special fund held separate and apart from the residuary estate of the decedent for the purpose of securing an annuity for the benefit of a daughter of the testator, now deceased.

*Edmund R. Terry* and *Samuel S. Watson* for appellants.
*Richard Ely* and *Joseph A. Kennedy* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DOMESTIC REALTY COMPANY, Appellant, *v.* JOHN P. O'BRIEN, Corporation Counsel of the City of New York, Respondent.

*New York city — street closing — mandamus to compel corporation counsel to institute proceedings to ascertain damage to property denied — appeal dismissed.*

*People ex rel. Domestic Realty Co. v. O'Brien*, 207 App. Div. 817, appeal dismissed.

(Submitted January 9, 1924; decided February 19, 1924.)

APPEAL, without permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 26, 1923, which unanimously affirmed an order of Special Term denying a motion for a peremptory order of mandamus to compel the corporation counsel of the city of New York to bring proceedings, under chapter 1006 of the Laws of 1895, to ascertain the damage, if any, to relator's property arising from the closing of part of Old West Farms road in the borough of The Bronx.

*Frederick W. Hottenroth* and *Arthur D. Lyons* for appellant.

*George P. Nicholson,* Corporation Counsel (*Joel J. Squier* and *L. Howell LaMott* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSE-
VALE REALTY COMPANY, INC., Appellant, *v.* ALBERT
E. KLEINERT, as Superintendent of the Bureau of
Buildings of the Borough of Brooklyn, City of New
York, Respondent.

MIDWOOD MANOR ASSOCIATION et al., Intervenors,
Respondents.

*New York city — mandamus to compel superintendent of buildings to
approve plans for erection of tenement house properly denied.*

People ex rel. Rosevale Realty Co. v. Kleinert, 207 App. Div. 828,
affirmed.

(Argued January 9, 1924; decided February 19, 1924.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
October 19, 1923, which unanimously affirmed an order
of Special Term, denying a motion for a peremptory
order of mandamus to compel the defendant, as superin-
tendent of buildings of the borough of Brooklyn, to
forthwith approve certain plans on file in his department,
which had been previously approved by the tenement
house department, and to issue to the plaintiff a permit
for the erection of the building described in such plans
as a forty-family apartment house. The intervenor
Midwood Manor Association is an organization of prop-
erty owners in the vicinity of the premises upon which
plaintiff proposes to build, and the intervenor Pauline
R. Kalvin is the owner of property near the same
premises. These intervenors oppose the application of
the plaintiff on the ground that the proposed building
would cause them to suffer irreparable loss and would
be contrary to the general welfare of the community
and would endanger the health and safety of those who
live therein. (See 236 N. Y. 605.)